IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA MCSPARRAN,<br>　　　Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:13-CV-1932<br>: |
| COMMONWEALTH OF<br>PENNSYLVANIA, PENNSYLVANIA<br>DEPARTMENT OF<br>ENVIRONMENTAL PROTECTION,<br>KELLY HEFFNER, and JEFFREY<br>LOGAN,<br>　　　Defendants | :<br>:   (Judge Caldwell)<br>:<br>:<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 24th day of February, 2017, Plaintiff's motion (Doc. 104) under Fed. R. Civ. P. 56(d) is denied.

　　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge