IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA MCSPARRAN,<br>    Plaintiff | :<br>:<br>: |
| v. | :   CIVIL NO. 1:13-CV-1932<br>: |
| COMMONWEALTH OF<br>PENNSYLVANIA, PENNSYLVANIA<br>DEPARTMENT OF<br>ENVIRONMENTAL PROTECTION,<br>KELLY HEFFNER, and JEFFREY<br>LOGAN,<br>    Defendants | :<br>:  (Judge Caldwell)<br>:<br>:<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 24th day of February, 2017, Plaintiff's motion (Doc. 105) for reconsideration of our order of February 18, 2016, granting Defendants' motion in limine excluding e-mails involving Tom Bold, is denied.

                                                    /s/ William W. Caldwell
                                                  William W. Caldwell
                                                  United States District Judge