IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCSPARRAN,<br>    Plaintiff | : <br> : <br> : | |
| v. | : <br> : | CIVIL NO. 1:13-CV-1932 |
| COMMONWEALTH OF<br>PENNSYLVANIA, PENNSYLVANIA<br>DEPARTMENT OF<br>ENVIRONMENTAL PROTECTION,<br>KELLY HEFFNER, and JEFFREY<br>LOGAN,<br>    Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : | (Judge Caldwell) |

*O R D E R*

AND NOW, this 11th day of January, 2018, upon consideration of Plaintiff's motion (Doc. 139) to alter or amend the summary judgment order of February 24, 2017 (Doc. 130), under Fed. R. Civ. P. 59(e), it is ordered that:

    1. The motion is GRANTED in part.

    2. The order is VACATED as to (a) the discharge claims under the Equal Protection Clause of the Fourteenth Amendment, Title VII, and PHRA; and (b) the retaliation claim.

    3. The motion is DENIED as to the remaining claims.

                                      <u>/s/William W. Caldwell</u>
                                      William W. Caldwell
                                      United States District Judge