THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATRICIA MCSPARRAN, :
:
Plaintiff, :
v. : 1:13-CV-01932
: (JUDGE MARIANI)
COMMONWEALTH OF :
PENNSYLVANIA, et al., :
:
Defendants. :

## ORDER

AND NOW, THIS ___ DAY OF MARCH, 2018, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Plaintiff's motion (Doc. 132) for reconsideration of the Court's Order dated February 24, 2017 (Doc. 126), which denied Plaintiff's motion under Fed. R. Civ. P. 56(d) (Doc. 104), is **DENIED**.

Robert D. Mariani
United States District Judge